Justice McCLANAHAN, concurring.
 

 I agree with the dissent that the legislative history of Code § 38.2-209(A) is not determinative and that, when in doubt, a trial by jury should be preferred. In a vacuum, the term "court" can be understood to include both judge and jury. But in the context of a statute providing for a finding or determination to be made by "the court," the General Assembly has consistently used the term "court" to refer to the trial judge.
 
 *
 
 In light of the General Assembly's consistent use of the term "court" to mean trial judge, not jury, when referring to a finding or determination by "the court," and the absence of language in the statute to the contrary, I agree with the majority that Code § 38.2-209(A) provides for the determination of attorney's fees to be made by the trial judge.
 

 For these reasons, I concur in the result reached by the majority.
 

 See, e.g.,
 
 Code § 4.1-323 ("the jury or the court may find the defendant guilty of an attempt, or being an accessory"); Code § 5.1-13 ("in the discretion of the court or jury trying the case"); Code § 8.01-52 ("[t]he jury or the court, as the case may be" may award damages); Code § 8.01-53 (class and beneficiaries shall be fixed at the time of verdict "if the jury makes the specification" or at the time judgment is rendered if the "court specifies the distribution"); Code § 8.01-54 (if jury unable to agree then the court shall specify distribution); Code § 8.01-188 (such issues may be submitted to a jury with proper instructions by the court); Code § 8.01-430 (providing for the court to set aside jury verdict and decide case on the merits that is contrary to the evidence or without evidence to support it); Code § 8.01-643 ("Unless the defendant shall ask for a trial by jury, the court shall hear the same."); Code § 36-96.18(C) (if the court or jury finds a discriminatory housing practice has occurred, the court or jury may award damages to plaintiff and the court may award reasonable attorney's fees); Code § 38.2-807(A) (attorney's fees shall not exceed 33 ? percent of amount that the court or jury finds plaintiff is entitled to recover).